## IN THE SUPREME COURT OF PENNSYLVANIA
### EASTERN DISTRICT

PORFIRIO PLACENCIA NUNEZ

               v.

WORKERS' COMPENSATION APPEAL
BOARD (QC QUALITY
CONSTRUCTION, INC.)

PETITION OF:  QC QUALITY
CONSTRUCTION, INC.

: No. 106 EAL 2015
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of August, 2015, the Petition for Allowance of Appeal and the Application for Supersedeas Pending Appeal are **DENIED**.